IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAFAEL LOPEZ,**<br><br>            Plaintiff,<br><br>     v.<br><br>**MARTEL, et al.,**<br><br>            Defendant. | CASE NO.: 2:08-cv-0826 FCD KJM P<br><br>**ORDER GRANTING DEFENDANT EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

On September 16, 2008, Defendant filed a request for extension of time to file his responsive pleading, explaining that all documentation necessary to determine how to proceed has not yet been received. Defendant further explained that additional time is necessary to prepare a responsive pleading.

**FOR GOOD CAUSE SHOWN,** defendant's motion for an extension of time (docket no. 11) is granted; he is given additional time, up to and including October 22, 2008, in which to file his responsive pleading.

DATED: September 19, 2008.

_____
U.S. MAGISTRATE JUDGE