IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAFAEL LOPEZ,

       Plaintiff,              No. CIV S-08-0826 FCD KJM P

  vs.

MARTEL, et al.,

       Defendants.       <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a pleading entitled "scheduling order." In this pleading, plaintiff alleges that the institution is on lock down and he can use the law library only if he has a deadline. He therefore requests that the court issue an order establishing deadlines. On October 20, 2008, the court entered its scheduling and discovery orders, which established the deadlines for this case.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a court-ordered deadline (Docket No. 21) is denied as unnecessary.

DATED:  November 24, 2008.

_____
U.S. MAGISTRATE JUDGE

2/lope0826.80

1