IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL LOPEZ,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**MARTEL, WARDEN, et al.,**<br><br>　　　　　　　　　　　Defendant. | Case No. 2:08-cv-0826 FCD KJM P<br><br>**ORDER VACATING SCHEDULING ORDER** |

The Court has considered Defendant's motion to vacate the October 17, 2008 scheduling order pending a decision on Defendant's motion for summary judgment, which was filed on March 27, 2009, and good cause showing, the scheduling order is vacated. A new scheduling order will be issued after a decision is rendered on Defendant's motion for summary judgment.

**IT IS SO ORDERED.**

DATED: May 12, 2009.

_____
U.S. MAGISTRATE JUDGE

1

Order Vacating Scheduling Order (2:08-cv-0826 FCD KJM P)