IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAFAEL LOPEZ,

       Plaintiff,                  No. CIV S-08-0826 FCD KJM P

      vs.

MARTEL, et al.,

       Defendants.              <u>ORDER</u>

_____/

        In his motion for summary judgment, defendant Blim relies in part on the fact that he acted after receiving confidential information.  He did not submit the memorandum he prepared based on the confidential information because, he claims, disclosure would create a hazard to the safety of the institution.  He did not seek to submit the material under seal in conformance with the procedure provided in Local Rule 39-141 nor has he attempted to show the need for sealing apart from a paragraph in defendant Blim's declaration.

        IT IS HEREBY ORDERED that by July 6, 2009, defendant provide the memorandum described in paragraph thirteen of the Declaration of J. Blim directly to the chambers of the undersigned.  If defendant wishes to seek filing of the memorandum under seal, he shall so move  in compliance with Local Rule 39-141, accompanied by a showing of compelling need to justify the sealing.  <u>Pintos v. Pacific Creditors Ass'n.</u>, 565 F.3d 1006 (9th Cir. 2009).

DATED: June 29, 2009.

U.S. MAGISTRATE JUDGE

2/lope0826.ord

1