**FILED**

JUL 14 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAFAEL LOPEZ,** | 2:08-cv-0826 FCD KJM P |
| Plaintiff, | **ORDER SEALING CONFIDENTIAL MEMORANDUM DATED MARCH 27, 2007** |
| v. | |
| **MARTEL, WARDEN, et al.,** | |
| Defendant. | |

Defendant Blim has moved for the Court to review in camera, and file under seal, a confidential memorandum dated March 27, 2007, authored by Blim and referred to in paragraph thirteen of Blim's declaration in support of his motion for summary judgment.

After an <u>in camera</u> review of the document, the court finds that defendant has shown a compelling need for its sealing; specifically, sealing the document will protect the identity of a confidential informant in the prison.  <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172, 1179  (9th Cir. 2006) (compelling reason to seal exists when material might "become a vehicle for improper purposes").

IT IS HEREBY ORDERED:

1.  Defendant's motion to seal (docket no. 42) is granted;

2.  The Clerk of the Court is directed to scan and seal the one page confidential memorandum dated March 27, 2007;

1    3. The Clerk of the Court is directed to keep the scanned confidential memorandum

2  under seal for the duration of this litigation, including any appeals, and in perpetuity thereafter;

3  and

4    4. The Clerk of the Court is directed to return the paper copy of the confidential

5  memorandum dated March 27, 2007, to counsel for defendant Blim after it has been scanned and

6  made part of the electronic record.

7  DATED: 7/13/09

8
                                          KIMBERLY J. MUELLER
9                                          U.S. Magistrate Judge

10
   lope0826.conf
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28